UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHERINE ARTEAGA,

    Plaintiff,

v.                                                 Case No. 6:16-cv-2045-Orl-37TBS

STEAK N SHAKE OPERATIONS, INC.,

    Defendant.
_____

**ORDER**

Plaintiff initiated this action against her former employer alleging, among other things, that it failed to pay her overtime wages in violation of the Fair Labor Standards Act ("**FLSA**"). (Doc. 2.) On August 29, 2017, the parties jointly moved for approval of their settlement agreement pursuant to *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982). (Doc. 20 ("**First Approval Motion**").) On recommendation from U.S. Magistrate Judge Thomas B. Smith, the Court denied the First Approval Motion because the settlement agreement had several problems, including an insufficient explanation of Plaintiff's compensation and an overly broad release. (Doc. 25.)

The parties now jointly move for approval of an amended settlement agreement. (Doc. 26 ("**Second Approval Motion**"); *see also* Doc. 26-1 ("**Amended Agreement**").) On referral, Magistrate Judge Smith recommends that the Court deny the Second Approval Motion and reject the Amended Agreement. (Doc. 27 ("**R&R**").)

In his R&R, Magistrate Judge Smith again takes issue with Plaintiff's compensation and the release provision. (*Id.* at 5–8.) As to compensation, the parties now represent that the large disparity between Plaintiff's estimated value of her FLSA claim—$58,802—and the amount she has agreed to accept in compromise—$2,500—is due to Plaintiff's overestimating the amount of time eligible for overtime wages and the inherent uncertainties of litigation. (*See* Doc. 26, p. 3.) To that end, Defendant represents that it has paid Plaintiff $2,248.07 of the $2,500 ("**Payment**"). (Doc. 26-1, ¶ 2.) According to the R&R, it remains unclear whether Plaintiff has returned the Payment or if the parties consider the Payment to be full satisfaction of the $2,500 settlement amount. (Doc. 27, p. 5.) Furthermore, Magistrate Judge Smith points to the lack of clarity concerning whether Defendant has inappropriately reduced Plaintiff's expected liquidated damages amount. (*Id.* at 6.) Finally, the release is still overly broad, as it purports to release non-parties who have no liability to Plaintiff. (*Id.* at 7–8.)

Absent objections, the Court has reviewed the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the R&R is due to be adopted in its entirety.

The Court agrees with Magistrate Judge Smith that the Second Approval Motion must be denied. Moving forward, the Court will afford the parties **one** additional opportunity to file a renewed motion for approval. Alternatively, the parties can stipulate to a dismissal *without prejudice*, rendering any settlement agreement unenforceable, or they can proceed with this litigation. Absent a settlement agreement that remedies the

deficiencies identified in the R&R or notice that the parties intend to proceed with litigation, the Court will dismiss this case without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 27) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Second Joint Motion for Approval of Settlement and Dismissal With Prejudice and Accompanying Memorandum of Law (Doc. 26) is **DENIED**.

3. The parties' Settlement Agreement and Release (Doc. 26-1) is **REJECTED**.

4. If the parties choose to file a renewed approval motion they must do so on or before Wednesday, **November 29, 2017**. Such a motion must remedy the deficiencies identified in the R&R.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 21, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record